UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES  :

V.  :  No. 3:CR-20-113

CAROL CALLAHAN BYRNE and  :
BRIAN BYRNE

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

The presentence investigation report was scheduled to be disclosed on or before July 18, 2022. The Court has received a memorandum from the probation officer indicating that he is unable to meet this deadline and requesting that the Court extend the disclosure date to September 16, 2022. As a result, the probation officer has requested the sentencing date of August 22, 2022, be rescheduled.

IT IS THEREFORE ORDERED that the presentence investigation report shall be disclosed on or before September 16, 2022. Sentencing will be rescheduled by further Order of the Court.

_____
Robert D. Mariani
United States District Judge

Date: 6/21/22